People v Guerrero (2024 NY Slip Op 05314)

People v Guerrero

2024 NY Slip Op 05314

Decided on October 29, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 29, 2024

Before: Singh, J.P., Pitt-Burke, Higgitt, Rosado, O'Neill Levy, JJ. 

Ind. No. 4501/16 Appeal No. 2910 Case No. 2018-2149 

[*1]The People of the State of New York, Respondent,
v
Jamie Guerrero, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Elizabeth Lagerfeld of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Bridget White of counsel), for respondent.

Judgment, Supreme Court, New York County (Gregory Carro, J., at plea; Rene Uviler, J., at sentencing), rendered September 6, 2017, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the fourth degree, and sentencing him to a jail term of 45 days, unanimously affirmed.
Defendant's claim that his conviction violates the Second Amendment is unpreserved because he did not assert the claim in the trial court (see People v Cabrera, 41 NY3d 35, 42 [2023]) and we decline to review it in the interest of justice. As an alternative holding, we find that defendant failed to establish that he has standing to assert a Second Amendment challenge to the state's gun licensing scheme or that the fourth-degree weapon possession statute is unconstitutional under New York State Rifle & Pistol Assn., Inc. v. Bruen (597 US 1 [2022]) (see People v Johnson, 225 AD3d 453 [1st Dept. 2024], lv granted 42NY3d 939 [2024]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 29, 2024